**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:
SANTA FE MEDICAL GROUP, LLC      §   Case No. 15-11247-t7
Debtor(s)                        §   Chapter 7
                                 §
                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Philip J. Montoya, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,300,528.98 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $117,639.81 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $492,360.19 | | |

    3) Total gross receipts of $610,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $610,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,180,139.81 | $1,241,064.94 | $1,211,368.32 | $117,639.81 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $343,635.74 | $343,635.74 | $343,635.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $298,082.46 | $200,035.70 | $148,724.45 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $51,402.16 | $490,444.61 | $490,444.61 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $6,470,282.47 | $6,470,282.47 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,231,541.97 | $8,843,510.22 | $8,715,766.84 | $610,000.00 |

4) This case was originally filed under chapter 7 on 05/14/2015, and it was converted to chapter 7 on 03/11/2016. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2020  By: /s/ Philip J. Montoya
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable transfer claim against Lieberman | 1241-000 | $455,000.00 |
| Avoidable transfer claim against Philip Briggs | 1241-000 | $155,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$610,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | RICHARD LIEBERMAN, MD | 4210-000 | $0.00 | $760,000.00 | $760,000.00 | $0.00 |
| 16 | COMPASS BANK | 4210-000 | $0.00 | $304,696.62 | $275,000.00 | $117,639.81 |
| 20S | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 4800-000 | $0.00 | $176,368.32 | $176,368.32 | $0.00 |
| N/F | Compass Bank | 4110-000 | $320,980.00 | NA | NA | NA |
| N/F | New Mexico Taxation & Revenue Department | 4110-000 | $59,159.81 | NA | NA | NA |
| N/F | Susan Miller Wright | 4110-000 | $1,800,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,180,139.81** | **$1,241,064.94** | **$1,211,368.32** | **$117,639.81** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - PHILIP J. MONTOYA | 2100-000 | NA | $33,750.00 | $33,750.00 | $33,750.00 |
| Trustee, Expenses - PHILIP J. MONTOYA | 2200-000 | NA | $3,451.17 | $3,451.17 | $3,451.17 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $586.21 | $586.21 | $586.21 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,334.82 | $4,334.82 | $4,334.82 |
| Income Taxes - Internal Revenue Service (post-petition) - INTERNAL REVENUE SERVICE | 2810-000 | NA | $14,702.47 | $14,702.47 | $14,702.47 |
| Attorney for Trustee Fees (Other Firm) - MODRALL SPERLING PA | 3210-000 | NA | $218,411.81 | $218,411.81 | $218,411.81 |
| Attorney for Trustee Expenses (Other Firm) - MODRALL SPERLING PA | 3220-000 | NA | $3,705.51 | $3,705.51 | $3,705.51 |
| Accountant for Trustee Fees (Other Firm) - Steven W. Johnson | 3410-000 | NA | $4,908.96 | $4,908.96 | $4,908.96 |
| Consultant for Trustee Fees - Margaret E. Duenas | 3731-000 | NA | $6,027.00 | $6,027.00 | $6,027.00 |
| Other Professional Fees - ATKINSON-BAKER, INC. | 3991-000 | NA | $1,747.50 | $1,747.50 | $1,747.50 |
| Other Professional Fees - CBIZ VALUATION GROUP, LLC | 3991-000 | NA | $50,127.97 | $50,127.97 | $50,127.97 |
| Other Professional Fees - Paul Baca Professional Court Reporters | 3991-000 | NA | $882.32 | $882.32 | $882.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$343,635.74** | **$343,635.74** | **$343,635.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Lewis Roca Rothgerber Christie LLP | 6210-000 | NA | $35,394.34 | $35,394.34 | $26,315.33 |
| Other Prior Chapter Professional Fees - Mesch, Clark & Rothchild, P.C. | 6700-000 | NA | $62,425.65 | $60,925.65 | $45,297.58 |
| Prior Chapter Other State or Local Taxes - NEW MEXICO DEPARTMENT OF WORKFORCE | 6820-000 | NA | $116,759.14 | $20,212.38 | $15,027.69 |
| Prior Chapter Other State or Local Taxes - NEW MEXICO TAXATION & REVENUE | 6820-000 | NA | $60,985.62 | $60,985.62 | $45,342.17 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Owens Law Firm, PC | 6210-000 | NA | $3,837.48 | $3,837.48 | $2,853.13 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Sturm and Associates, CPAs | 6410-000 | NA | $5,057.10 | $5,057.10 | $3,759.90 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Tal Young | 6210-000 | NA | $13,623.13 | $13,623.13 | $10,128.65 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$298,082.46** | **$200,035.70** | **$148,724.45** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $269,979.77 | $269,979.77 | $0.00 |
| 10P | ROBERT MCCLEES, M.D. | 5300-000 | $0.00 | $12,475.00 | $12,475.00 | $0.00 |
| 20P | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 5800-000 | $0.00 | $69,852.76 | $69,852.76 | $0.00 |
| 26 | NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS | 5800-000 | $0.00 | $138,137.08 | $138,137.08 | $0.00 |
| N/F | Internal Revenue Service | 5800-000 | $763.96 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $29,137.22 | NA | NA | NA |
| N/F | Nationwide Insurance One Nationwide Plaza, | 5800-000 | $9,896.50 | NA | NA | NA |
| N/F | New Mexico Department of Taxation and Revenue WH | 5800-000 | $4,199.96 | NA | NA | NA |
| N/F | New Mexico Department of Workforce Solutions SUI | 5800-000 | $7,404.52 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$51,402.16** | **$490,444.61** | **$490,444.61** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KEY EQUIPMENT FINANCE | 7100-000 | $0.00 | $23,043.04 | $23,043.04 | $0.00 |
| 2SUB | INTERNAL REVENUE SERVICE | 7300-000 | NA | $50,096.78 | $50,096.78 | $0.00 |
| 2U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $100.00 | $100.00 | $0.00 |
| 3 | THE O'SULLIVAN GROUP | 7100-000 | $0.00 | $1,601.83 | $1,601.83 | $0.00 |
| 4 | UNITEDHEALTHCARE INSURANCE COMPANY | 7100-000 | $0.00 | $770.20 | $770.20 | $0.00 |
| 5 | AIR CONDITIONING AND HEATING SERVICE COMPANY | 7100-000 | $0.00 | $1,169.01 | $1,169.01 | $0.00 |
| 6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 7100-000 | $0.00 | $29,911.38 | $29,911.38 | $0.00 |
| 7 | PITNEY BOWES INC | 7100-000 | $0.00 | $1,700.41 | $1,700.41 | $0.00 |
| 8 | CANON FINANCIAL SERVICES, INC. | 7100-000 | $0.00 | $3,766.22 | $3,766.22 | $0.00 |
| 9U | RICHARD LIEBERMAN, MD | 7100-000 | $0.00 | $161,000.00 | $161,000.00 | $0.00 |
| 10U | ROBERT MCCLEES, M.D. | 7100-000 | $0.00 | $455,525.00 | $455,525.00 | $0.00 |
| 11 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 7100-000 | $0.00 | $1,023.12 | $1,023.12 | $0.00 |
| 12 | DELTA LOCUM TENENS, LLC | 7100-000 | $0.00 | $20,907.25 | $20,907.25 | $0.00 |
| 13 | CIT TECHNOLOGY FINANCING SERVICES INC | 7100-000 | $0.00 | $28,932.32 | $28,932.32 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CENTURYLINK COMMUNICATIONS LLC | 7100-000 | $0.00 | $7,446.68 | $7,446.68 | $0.00 |
| 15 | CENTURYLINK COMMUNICATIONS LLC | 7100-000 | $0.00 | $2,254.27 | $2,254.27 | $0.00 |
| 17 | ALVARADO ENTERPRISES | 7100-000 | $0.00 | $305,824.39 | $305,824.39 | $0.00 |
| 18 | K&H COLLECTIVE PROPERTIES INC., | 7100-000 | $0.00 | $17,785.67 | $17,785.67 | $0.00 |
| 19 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 7100-000 | $0.00 | $4,100.87 | $4,100.87 | $0.00 |
| 20SUB | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 7300-000 | $0.00 | $944.91 | $944.91 | $0.00 |
| 21 | REVENUE ENTERPRISES LLC | 7100-000 | $0.00 | $3,390.15 | $3,390.15 | $0.00 |
| 22 | DR. KEN WILLIAMSON | 7100-000 | $0.00 | $1,404,574.74 | $1,404,574.74 | $0.00 |
| 23 | BENCOR PROPERTIES, INC. | 7100-000 | $0.00 | $10,767.12 | $10,767.12 | $0.00 |
| 24 | DR. PHILIP BRIGGS | 7100-000 | $0.00 | $85,000.00 | $85,000.00 | $0.00 |
| 25 | ADP, LLC | 7100-000 | $0.00 | $2,104.60 | $2,104.60 | $0.00 |
| 27 | LEVEL 3 COMMUNICATIONS | 7100-000 | $0.00 | $116.36 | $116.36 | $0.00 |
| 29 | RODEO PLAZA SHOPPING CENTER INC | 7100-000 | $0.00 | $34,135.74 | $34,135.74 | $0.00 |
| 30 | ARIZONA DEPARTMENT OF ECONOMIC SECURITY | 7100-000 | $0.00 | $482.22 | $482.22 | $0.00 |
| 31 | MAINTENANCE SERVICE SYSTEMS, INC. | 7100-000 | $0.00 | $11,319.47 | $11,319.47 | $0.00 |
| 32 | PRO JANITORIAL & CONSTRUCTION LLC | 7100-000 | $0.00 | $58,179.06 | $58,179.06 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | PRESBYTERIAN HEALTHPLAN | 7100-000 | $0.00 | $3,480,148.75 | $3,480,148.75 | $0.00 |
| 34 | DEBORAH SANCHEZ, MD | 7100-000 | $0.00 | $84,426.80 | $84,426.80 | $0.00 |
| 35 | MCKESSON TECHNOLOGIES INC | 7100-000 | $0.00 | $2,120.86 | $2,120.86 | $0.00 |
| 36 | BRUNO ADVERTISING DESIGN | 7100-000 | $0.00 | $9,736.87 | $9,736.87 | $0.00 |
| 37 | McKesson Medical-Surgical, Inc. Attn: Jeffrey Tiedens | 7100-000 | NA | $132,729.48 | $132,729.48 | $0.00 |
| 38 | Hooper Hathaway, P.C. Dawn M. Prescott | 7100-000 | NA | $24,380.94 | $24,380.94 | $0.00 |
| 100 | NEW MEXICO TAXATION & REVENUE | 7300-000 | NA | $8,765.96 | $8,765.96 | $0.00 |
| N/F | null | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$6,470,282.47** | **$6,470,282.47** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 15-11247-t7  
Case Name: SANTA FE MEDICAL GROUP, LLC  
For Period Ending: 10/16/2020

Trustee Name: (510120) Philip J. Montoya  
Date Filed (f) or Converted (c): 03/11/2016 (c)  
§ 341(a) Meeting Date: 04/11/2016  
Claims Bar Date: 08/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID<br>Imported from original petition Doc# 59 | VOID | VOID | VOID | VOID | VOID |
| 2 | VOID (u)<br>Imported from Amended Doc#: 60 | VOID | VOID | VOID | VOID | VOID |
| 3 | Petty Cash; various locations<br>Imported from Amended Doc#: 61 | 520.00 | 520.00 | | 0.00 | FA |
| 4 | Checking and Savings Accounts<br>Compass Bank and Wells Fargo Bank | 52,591.73 | 52,591.73 | | 0.00 | FA |
| 5 | VOID<br>Imported from original petition Doc# 59 | VOID | VOID | VOID | VOID | VOID |
| 6 | Security Deposits<br>Utilities, Landlords, and Insurances | 19,299.10 | 19,299.10 | | 0.00 | FA |
| 7 | VOID (u)<br>Imported from Amended Doc#: 61 | VOID | VOID | VOID | VOID | VOID |
| 8 | Insurance Claims submitted but not paid | 664,592.58 | 664,592.58 | | 0.00 | FA |
| 9 | VOID (u)<br>Imported from Amended Doc#: 60 | VOID | VOID | VOID | VOID | VOID |
| 10 | VOID<br>Imported from Amended Doc#: 61 | VOID | VOID | VOID | VOID | VOID |
| 11 | Intercompany debt*<br>Atrinea Health | 660,805.09 | 660,805.09 | | 0.00 | FA |
| 12 | VOID (u)<br>Imported from Amended Doc#: 60 | VOID | VOID | VOID | VOID | VOID |
| 13 | VOID<br>Imported from Amended Doc#: 61 | VOID | VOID | VOID | VOID | VOID |
| 14 | Furniture and fixtures; various locations | 143,647.73 | 143,647.73 | | 0.00 | FA |
| 15 | VOID<br>Imported from Amended Doc#: 60 | VOID | VOID | VOID | VOID | VOID |
| 16 | VOID<br>Imported from Amended Doc#: 61 | VOID | VOID | VOID | VOID | VOID |
| 17 | Machinery and equipment; various locations | 759,072.75 | 759,072.75 | | 0.00 | FA |
| 18 | VOID<br>Imported from Amended Doc#: 60 | VOID | VOID | VOID | VOID | VOID |
| 19 | VOID<br>Imported from Amended Doc#: 61 | VOID | VOID | VOID | VOID | VOID |
| 20 | Avoidable transfer claim against Philip Briggs (u) | 0.00 | 250,000.00 | | 155,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 15-11247-t7
**Case Name:** SANTA FE MEDICAL GROUP, LLC
**For Period Ending:** 10/16/2020

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 03/11/2016 (c)
**§ 341(a) Meeting Date:** 04/11/2016
**Claims Bar Date:** 08/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Avoidable transfer claim against Lieberman (u) | 0.00 | Unknown | | 455,000.00 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$2,300,528.98** | **$2,550,528.98** | | **$610,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    7.22.20  Wait for checks to clear and submit TDR to UST.
    4-23-20 TFR Filed.  Order approving TFR entered 5/20/20.
    7-30-19 - Accountant is seeking abatement of penalties.  Move to approve compensation of Marge Duenas and Steve Johnson.
    7-30-18 - Tax returns being prepared.
    6-14-18 Filed Motion to Employ Marge Duenas as consultant for Trustee.
    3-20-18 Filed Motion to Employ Accountant, Steve Johnson; Order entered 4-16-18.
    2-7-18 Order Granting Motion to Approve Compromise under Rule 9019.
    1-19-18 Filed Motion to Approve Compromise under Rule 9019 between Trustee and Dr. Richard Lieberman.
    7-24-17 - Case against Lieberman proceeding.
    6-28-16 ; Briggs claim settled. Claim against Dr. Richard Lieberman for avoidance of transfers received by him from the debtor and any related claims.
    5/5/16   Employ Paul Fish as special counsel to on two matters: claims of the debtor against Dr. Philip Briggs which are currently pending in the Adv #15-1805;

**Initial Projected Date Of Final Report (TFR):** 12/31/2017
**Current Projected Date Of Final Report (TFR):** 04/23/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-11247-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANTA FE MEDICAL GROUP, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1837 | Account #: | ******3166 Checking Account |
| For Period Ending: | 10/16/2020 | Blanket Bond (per case limit): | $6,285,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/23/16 | {20} | Giddens Law Firm | Briggs settlement | 1241-000 | 155,000.00 | | 155,000.00 |
| 07/28/16 | 101 | Modrall Sperling PA | fees and expenses | | | 55,601.34 | 99,398.66 |
| | | MODRALL SPERLING PA | Payment of expenses per order filed 7/27/16    $231.20 | 3220-000 | | | |
| | | MODRALL SPERLING PA | Payment of fees per order filed 7/27/16    $55,370.14 | 3210-000 | | | |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.23 | 99,376.43 |
| 08/20/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2016 FOR CASE #15-11247, Authorized by Order filed 8/19/16 | 2300-000 | | 39.63 | 99,336.80 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.43 | 99,169.37 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.25 | 99,027.12 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.31 | 98,889.81 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.31 | 98,738.50 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.63 | 98,596.87 |
| 01/28/17 | 103 | COMPASS BANK | Payment to Creditor per order filed 1/4/17 | 4210-000 | | 35,000.00 | 63,596.87 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.24 | 63,445.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.44 | 63,320.19 |
| 03/26/17 | 104 | PAUL BACA COURT REPORT | Deposition transcript | 3991-000 | | 356.76 | 62,963.43 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.09 | 62,869.34 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.39 | 62,784.95 |
| 05/15/17 | 105 | COMPASS BANK | Payment pursuant to stipulation filed 12/6/16 | 4210-000 | | 22,639.81 | 40,145.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.73 | 40,053.41 |
| 06/05/17 | 106 | Paul Baca Professional Court Reporters | Deposition of Richard Lieberman | 3991-000 | | 525.56 | 39,527.85 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.05 | 39,470.80 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.87 | 39,415.93 |
| 08/16/17 | 107 | CBIZ VALUATION GROUP, LLC | Partial payment of fees per order filed 5/4/17 | 3991-000 | | 10,000.00 | 29,415.93 |
| 08/16/17 | 108 | ATKINSON-BAKER, INC. | Copy of deposition transcript of Dylan King, Jeffrey Sumpter, David Werch | 3991-000 | | 1,747.50 | 27,668.43 |
| 08/30/17 | 109 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2017 FOR CASE #15-11247 | 2300-000 | | 29.70 | 27,638.73 |

Page Subtotals:   $155,000.00   $127,361.27

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-11247-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANTA FE MEDICAL GROUP, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1837 | Account #: | ******3166 Checking Account |
| For Period Ending: | 10/16/2020 | Blanket Bond (per case limit): | $6,285,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 61.72 | 27,577.01 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 38.34 | 27,538.67 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 42.24 | 27,496.43 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 39.54 | 27,456.89 |
| 12/07/17 | 110 | Margaret E. Duenas | Payment of 75% of 12/6/17 invoice amount per order filed 3/27/17 | 3731-000 |  | 3,746.81 | 23,710.08 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 35.48 | 23,674.60 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 37.45 | 23,637.15 |
| 02/09/18 | {21} | Stephen F Lawless PA | Settlement proceeds per order filed 2/8/18 | 1241-000 | 455,000.00 |  | 478,637.15 |
| 02/26/18 | 111 | CBIZ VALUATION GROUP, LLC | Payment of fees and costs per order filed 2/26/18 | 3991-000 |  | 40,127.97 | 438,509.18 |
| 02/26/18 | 112 | Margaret E. Duenas | Payment of fees and costs per order filed 2/26/18 | 3731-000 |  | 1,248.94 | 437,260.24 |
| 02/26/18 | 113 | MODRALL SPERLING PA | Payment of fees and costs per order filed 2/26/18 |  |  | 166,515.98 | 270,744.26 |
|  |  | MODRALL SPERLING PA | Fees  $163,041.67 | 3210-000 |  |  |  |
|  |  | MODRALL SPERLING PA | Costs  $3,474.31 | 3220-000 |  |  |  |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 380.77 | 270,363.49 |
| 03/01/18 | 114 | COMPASS BANK | Payment per order filed 3/1/18 | 4210-000 |  | 60,000.00 | 210,363.49 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 384.46 | 209,979.03 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 291.95 | 209,687.08 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 331.79 | 209,355.29 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 291.08 | 209,064.21 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 320.75 | 208,743.46 |
| 08/20/18 | 115 | International Sureties, Ltd. | Blanket bond allocation payment per order filed 8/15/18 | 2300-000 |  | 80.24 | 208,663.22 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 310.23 | 208,352.99 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 159.83 | 208,193.16 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 188.22 | 208,004.94 |
| 08/20/19 | 116 | International Sureties, Ltd. | Payment of blanket bond | 2300-000 |  | 436.64 | 207,568.30 |
| 09/24/19 | 117 | Steven W. Johnson | Payment of fees per order filed 9/24/19 | 3410-000 |  | 4,729.50 | 202,838.80 |
| 09/24/19 | 118 | Margaret E. Duenas | Payment of fess per order filed 9/24/19 | 3731-000 |  | 1,031.25 | 201,807.55 |

Page Subtotals: $455,000.00   $280,831.18

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-11247-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANTA FE MEDICAL GROUP, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1837 | Account #: | ******3166 Checking Account |
| For Period Ending: | 10/16/2020 | Blanket Bond (per case limit): | $6,285,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/26/19 | 119 | INTERNAL REVENUE SERVICE | 2015 1065 85-0421837 | 2810-000 | | 4,727.03 | 197,080.52 |
| 09/26/19 | 120 | INTERNAL REVENUE SERVICE | 2016 1065 85-0421837 | 2810-000 | | 4,731.57 | 192,348.95 |
| 09/26/19 | 121 | INTERNAL REVENUE SERVICE | 2017 1065 85-0421837 | 2810-000 | | 3,636.18 | 188,712.77 |
| 09/26/19 | 122 | INTERNAL REVENUE SERVICE | 2018 1065 85-0421837 | 2810-000 | | 1,607.69 | 187,105.08 |
| 05/20/20 | 123 | PHILIP J. MONTOYA | Combined trustee compensation & expense dividend payments. | | | 37,201.17 | 149,903.91 |
| | | PHILIP J. MONTOYA | Claims Distribution - Mon, 05-18-2020 $33,750.00 | 2100-000 | | | |
| | | PHILIP J. MONTOYA | Claims Distribution - Mon, 05-18-2020 $3,451.17 | 2200-000 | | | |
| 05/20/20 | 124 | Steven W. Johnson | Distribution payment - Dividend paid at 3.66% of $4,908.96; Claim # ; Filed: $4,908.96 | 3410-000 | | 179.46 | 149,724.45 |
| 05/20/20 | 125 | UNITED STATES BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 149,374.45 |
| 05/20/20 | 126 | U.S. TRUSTEE | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 28; Filed: $650.00 Stopped on 07/16/2020 | 2950-005 | | 650.00 | 148,724.45 |
| 05/20/20 | 127 | Lewis Roca Rothgerber Christie LLP | Distribution payment - Dividend paid at 74.35% of $35,394.34; Claim # ; Filed: $35,394.34 | 6210-000 | | 26,315.33 | 122,409.12 |
| 05/20/20 | 128 | Tal Young | Distribution payment - Dividend paid at 74.35% of $13,623.13; Claim # ; Filed: $13,623.13 | 6210-000 | | 10,128.65 | 112,280.47 |
| 05/20/20 | 129 | Owens Law Firm, PC | Distribution payment - Dividend paid at 74.35% of $3,837.48; Claim # ; Filed: $3,837.48 | 6210-000 | | 2,853.13 | 109,427.34 |
| 05/20/20 | 130 | Sturm and Associates, CPAs | Distribution payment - Dividend paid at 74.35% of $5,057.10; Claim # ; Filed: $5,057.10 | 6410-000 | | 3,759.90 | 105,667.44 |
| 05/20/20 | 131 | Mesch, Clark & Rothchild, P.C. | Distribution payment - Dividend paid at 74.35% of $60,925.65; Claim # ; Filed: $62,425.65 | 6700-000 | | 45,297.58 | 60,369.86 |
| 05/20/20 | 132 | NEW MEXICO TAXATION & REVENUE | Distribution payment - Dividend paid at 74.35% of $60,985.62; Claim # ; Filed: $60,985.62 Stopped on 08/26/2020 | 6820-005 | | 45,342.17 | 15,027.69 |
| 05/20/20 | 133 | NEW MEXICO DEPARTMENT OF WORKFORCE | Distribution payment - Dividend paid at 74.35% of $20,212.38; Claim # ; Filed: $116,759.14 | 6820-000 | | 15,027.69 | 0.00 |
| 07/16/20 | 126 | U.S. TRUSTEE | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 28; Filed: $650.00 Stopped: check issued on 05/20/2020 | 2950-005 | | -650.00 | 650.00 |
| 07/16/20 | 134 | U.S. TRUSTEE | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 28; Filed: $650.00 | 2950-000 | | 650.00 | 0.00 |
| 08/26/20 | 132 | NEW MEXICO TAXATION & REVENUE | Distribution payment - Dividend paid at 74.35% of $60,985.62; Claim # ; Filed: $60,985.62 Stopped: check issued on 05/20/2020 | 6820-005 | | -45,342.17 | 45,342.17 |

Page Subtotals: $0.00 $156,465.38

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 15-11247-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANTA FE MEDICAL GROUP, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1837 | Account #: | ******3166 Checking Account |
| For Period Ending: | 10/16/2020 | Blanket Bond (per case limit): | $6,285,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/20 | 135 | NEW MEXICO TAXATION & REVENUE | Distribution payment - Dividend paid at 74.35% of $60,985.62; Claim # ; Filed: $60,985.62 | 6820-000 | | 45,342.17 | 0.00 |
| | | | COLUMN TOTALS | | 610,000.00 | 610,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 610,000.00 | 610,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $610,000.00 | $610,000.00 | |

Case 15-11247-t7   Doc 534   Filed 11/06/20   Entered 11/06/20 14:05:55 Page 15 of 16

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-11247-t7 | **Trustee Name:** | Philip J. Montoya (510120) | |
| **Case Name:** | SANTA FE MEDICAL GROUP, LLC | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***1837 | **Account #:** | ******3166 Checking Account | |
| **For Period Ending:** | 10/16/2020 | **Blanket Bond (per case limit):** | $6,285,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3166 Checking Account | $610,000.00 | $610,000.00 | $0.00 |
| | **$610,000.00** | **$610,000.00** | **$0.00** |